208 F.2d 797
 Arthur D. REYNOLDS, Collector of Internal Revenue of the
United States, for the District of Minnesota, Appellant,
v.
MOTOR POWER EQUIPMENT COMPANY, a Corporation.
 No. 14939.
 United States Court of Appeals
Eighth Circuit.
 Nov. 16, 1953.
 
 1
 George E. MacKinnon, U.S. Atty., and Alex Dim, Asst. U.S. Atty., St. Paul, Minn., for appellant.
 
 
 2
 Bundlie, Kelley, Finley & Main, St. Paul, Minn., for appellee.
 
 
 3
 Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, on stipulation.